**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Matthew A. Smith,                           Civil No. 14cv01536 (SRN/JJK)

    Plaintiff,

v.                                                            **ORDER**

GMAC Mortgage Group, LLC,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 19, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June  5 , 2014

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
