# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Matthew A. Smith,   Civil No. 14-1536 (SRN/JJK)

    Plaintiff,

v.   **ORDER**

GMAC Mortgage Group, LLC,

    Defendant.

This matter is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 7, ("IFP application")], which Plaintiff filed the same day as a document entitled "Show Cause Response to Show Cause Order and Marshall Service Request" [Doc. No. 6]. This action was dismissed by an Order adopting Magistrate Judge Keyes's Report and Recommendation on June 5, 2014, and Judgment was entered against Plaintiff on June 6, 2014. [Doc. Nos. 4 & 5.] Plaintiff's "Show Cause" submission [Doc. No. 6] is replete with the same legal jargon and incoherent phrasing that required dismissal of his Complaint, but he appears to be asking the Court to order the U.S. Marshal to serve Defendant in this action, which has already been dismissed. Similarly, Plaintiff's IFP application seeks permission to proceed without prepaying fees and costs in a case that reached its conclusion nearly four months ago. Because determining whether Plaintiff qualifies for IFP status and requiring the Marshal to serve the Defendant would serve no purpose in this case, which is now closed, the Court denies both requests.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's "Show Cause Response to Show Cause Order and Marshall Service Request" [Doc. No. 6], is **DENIED**; and

2. Plaintiff's IFP application [Doc. No. 7], is **DENIED**.

Dated: October 23, 2014

                                                    <u>s/Susan Richard Nelson</u>
                                                    Susan Richard Nelson
                                                    United States District Judge